**Ronald E. BYERS, Appellant,**

v.

**COMMISSIONER of INTERNAL REVENUE, Appellee.**

No. 08–2016.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2009.

Filed: Nov. 10, 2009.

Ronald E. Byers, Wayzata, MN, pro se.

Christine Durney Mason, Bruce R. Ellisen, Richard T. Morrison, Gilbert Steven Rothenberg, Deputy, U.S. Department of Justice, Donald L. Korb, U.S. Internal Revenue Service Office of Chief Counsel, Washington, DC, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ronald Byers challenges the tax court's [1] decision, after a bench trial, upholding the IRS's determination of his taxable income for tax years 1999–2002. Following careful review, *see Campbell v. Comm'r,* 164 F.3d 1140, 1142 (8th Cir.1999) (standard of review for tax court decisions), we affirm the decision for the reasons stated in the tax court's memorandum. *See* 8th Cir. R. 47B.

1. The Honorable Stephen J. Swift, United States Tax Court Judge.